**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Erilien Vertilus,<br>Petitioner,<br>v.<br>Luis Rosa, Jr., et al.,<br>Respondents. | No. CV-26-05217-PHX-SMB<br><br>**ORDER** |

Petitioner has filed a Motion for Extension of Time (Doc. 6) to reply in support of his petition. The Court will grant the Motion.

**IT IS ORDERED:**

(1) Petitioner's Motion for Extension of Time (Doc. 6) is **granted**.

(2) Petitioner has **14 days** from the date of this Order in which to file a reply in support of his Petition for Habeas Corpus.

Dated this 8th day of September, 2026.

Honorable Susan M. Brnovich
United States District Judge